# United States Court of Appeals for the Federal Circuit

___

**MODERNATX, INC., fka Moderna Therapeutics, Inc.,**
*Appellant*

v.

**ARBUTUS BIOPHARMA CORPORATION, fka Protiva Biotherapeutics, Inc.,**
*Cross-Appellant*

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

___

2020-1184, 2020-1186
___

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00739.
___

**JUDGMENT**
___

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED-IN-PART, AFFIRMED-IN-PART**

ENTERED BY ORDER OF THE COURT

December 1, 2021　　　　　　　/s/ Peter R. Marksteiner
　　　　　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　　Clerk of Court